UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STEPHEN E. CAMPBELL and<br>JENNIE CAMPBELL | * <br> * <br> * | CIVIL ACTION NO.  06-CV-08931 <br><br> JUDGE STANWOOD R. DUVAL, JR |
| VERSUS | * <br> * | |
| FIREMAN'S FUND INSURANCE COMPANY<br>and STONE INSURANCE, INC. | * | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

*******************************************

<u>**MEMORANDUM IN OPPOSITION TO THE MOTION TO REMAND**</u>

**MAY IT PLEASE THE COURT:**

In preparing this Opposition to the Motion to Remand, it has come to the attention of the undersigned counsel that apparently due to a simultaneous removal by Fireman's Fund Insurance Company (FFIC) and Stone Insurance, Inc. (Stone), the Campbell claims has been assigned two civil action numbers.  The first being 06-CV-08931 and the second being 06-CV-8934.  There are currently two motions for remand pending.  The Motion to Remand in 06-CV-08931 is set for hearing on December 13th.  The Motion to Remand in 06-CV-8934 is set for hearing on December 20th before Judge Africk. This has created confusion among the defendants as to when the Motion to Remand is set for hearing and when opposition to the Motion to Remand is due.

FFIC policy at issue in this lawsuit provides for contents coverage only and does not provide any coverage for the structure.  In addition, the policy contains a flood exclusion.  Based upon the allegations contained in Paragraph 5 of the Petition, it appears that the plaintiffs' claims against FFIC are limited to the contents of the residence.  (*See*, Petition at p. 5).

Co-defendant, Stone will be filing an opposition to this Motion for Remand. However, upon information and belief the policy was originally issued in July of 2004, more than a year prior to the date of Hurricane Katrina in August of 2005. As more fully set forth in a Memorandum anticipated to be filed by co-defendants in this matter, the claims against Stone are preempted under La. R.S. 9:5606.

In addition, Plaintiffs' claims against Stone are similar to the claims made in *Parker v. Lexington Insurance Company*, 2006 WL 3328014. Judge Zainey pointed out that the property owner is in a far better position than the insurance agent in knowing what their property is worth.

"In fact, Plaintiffs are in a far better position than *Bubrig* to know that their property was worth more than the coverage limits that they selected. The facts alleged do not suggest that *Bubrig* had anyway of knowing that Plaintiffs' property was actually worth more than the value they themselves attached to it. Thus, what Plaintiffs are in fact claiming is that Louisiana law requires *Bubrig* to procure an independent appraisal of their property prior to allowing them to renew their policy. Louisiana law imposes no such duty".

Any claim by the Campbells against Stone Insurance regarding the Fireman's Fund Insurance policy would either arise out of the adequacy of the limits or the existence and validity of the flood exclusion in effect for more than a year before the loss occurred.

As set forth above, the claims against the Stone Insurance are either preempted or disposed of under *Parker v. Lexington Insurance Company (supra)*.

Defendant, Fireman's Fund Insurance Company may request leave of court to supplement this Opposition after obtaining additional information from the agent on the preemption issue.

## CONCLUSION

Based on the foregoing, Fireman's Fund respectfully submits that plaintiffs' Motion to Remand should be DENIED.

Respectfully submitted:

**DUPLASS, ZWAIN, BOURGEOIS, MORTON, PFISTER & WEINSTOCK**

____s/C. MICHAEL PFISTER____
C. MICHAEL PFISTER (#14317)
Suite 2900 - Lakeway III
3838 N. Causeway Boulevard
Metairie, LA  70002
Tel. No. (504) 832-3700
*Attorney for Defendant, Fireman's Fund Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that I have, on December 5, 2006, served a copy of the foregoing pleading on the following counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid:

Stephen M. Huber
3500 N Hullen
Metairie, LA  70002
Attorney for Plaintiff

Matthew Ungarino, Jr.
William Eckert
3850 N. Causeway Blvd.
New Orleans, LA  70002
Attorney for Stone Insurance Inc.

                              s/C. MICHAEL PFISTER
                             C. MICHAEL PFISTER (#14317)
                                mpfister@duplass.com